1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

FEB 2 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17mj0034 AC |
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| JAMES SMALLWOOD and | |
| JOHN SMALLWOOD, | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's complaints pertaining to Defendants James Smallwood and John Smallwood, and the Government's Request to Seal, shall be filed in partially redacted form until further order of this Court. It is further ordered that access to the unredacted versions of the complaints, and the Request to Seal, shall be limited to the Government.

The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, permitting the Government to file partially redacted versions of the complaints serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. In light of the public filing of its Request to Seal, the Court further finds that there are no additional alternatives to granting the Government's motion that would

1  adequately protect the compelling interests identified by the Government.

2  The versions of the complaints to be filed on the public docket are attached as Exhibits 1 and 2 to this
3  order.

Dated: 2/22/17

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE