UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JAMES SMALLWOOD,<br><br>        Defendant. | Case No. 2:17MJ00034-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAMES SMALLWOOD__, Case No. __2:17MJ00034-AC-1__, Charge __18USC § 922(a)(1)(A)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

    ✔  Unsecured Appearance Bond $__100,000.00__

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    ✔  (Other)   __Pretrial conditions as stated on the record.__

**The defendant shall be released on 2/27/2017 @ 9:00 a.m. to the U.S. Pretrial Officer**

Issued at __Sacramento, CA__ on __February 24, 2017__ at __2:29 pm__

                                  By   /s/ Allison Claire/s/ Allison Claire
                                       Allison Claire
                                       United States Magistrate Judge

Copy 2 - Court