HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
JAMES SMALLWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-041 TLN |
|---|---|
| Plaintiff, | UNOPPOSED REQUEST FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE |
| v. | |
| JAMES SMALLWOOD, | |
| Defendant. | |

The defendant, JAMES SMALLWOOD, respectfully requests that this Court temporarily modify the conditions of his release (#10) to allow him to attend an MRI appointment that is scheduled for May 11, 2017 at 1:30 p.m. in Vacaville, CA.

Specifically, he asks that this Court lift the location monitoring requirement between from 11:00 a.m. to 4:00 p.m. on May 11, 2017. Mr. Smallwood will meet with Pretrial Services Officer, Renee Basurto, at her office on May 11, 2017. She is requesting he return to her office by 4:00 p.m. to have the transmitter put back on.

Mr. Smallwood is currently in compliance with the conditions of his release.

The Assistant United States Attorney on this case, Owen Roth, has graciously indicated he has no objection to this request.

DATED: May 8, 2017                    Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Linda C. Allison for*
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorneys for Defendant

Stipulated Request for Temporary Modification     -2-
of Conditions of Pretrial Release

ORDER

The Court hereby orders Condition #10 of Mr. Smallwood's pretrial release be **temporarily modified.** The location monitoring condition (Condition #10) **shall be lifted** from 11:00 a.m. until 4:00 p.m. on May 11, 2017. This condition **shall be reinstated** at 4:00 p.m. on May 11, 2017.

Dated: May 9, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE