1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorney for Defendant
   JAMES SMALLWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-041 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | ) ) | |
| JAMES SMALLWOOD, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant James Smallwood, that the conditions of release be modified as follows:

Condition 13 of the Special Conditions of Release filed February 24, 2017, "HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer" is replaced by the Amended Special Condition "CURFEW: You must remain inside your residence every working day from 11:00am to 7:00pm, and you must remain in your residence every non-working day from 7:00pm to 7:00am, or as directed by the pretrial services officer for medical, religious services, employment or court ordered obligations;"

Stipulation and proposed order amending
conditions of release

Mr. Smallwood has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Renee Basurto and Assistant United States Attorney Owen Roth concur with the conditions listed above. All other conditions are to remain as ordered.

Dated: June 8, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
STELLA AVETISYAN

Dated: June 8, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Owen Roth*
OWEN ROTH
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Mr. James Smallwood's confinement and curfew conditions are modified as listed above. All other conditions of release are to remain as previously ordered.

DATED: June 9, 2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and ~~proposed~~ order amending conditions of release