HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JAMES SMALLWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-041 TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | |
| JAMES SMALLWOOD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant James Smallwood, that the conditions of release be modified as follows: Mr. Smallwood's Special Conditions of Release #10 and #11 be deleted and a new Second Amended Conditions of Release be added reading as follows:

## SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

Stipulation and proposed order amending
conditions of release

5. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

6. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

7. You must not associate or have any contact with the defendant named in case 2:17-MJ-0035-AC unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

8. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

9. You must seek and/or maintain employment and provide proof of same as directed by your pretrial services officer.

Mr. Smallwood has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Renee Basurto and Assistant United States Attorney Owen Roth concur with the conditions listed above. All other conditions are to remain as ordered.

Dated: August 17, 2017            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant

Dated: August 17, 2017            PHILLIP A. TALBERT
United States Attorney

*/s/ Owen Roth*
OWEN ROTH
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Mr. James Smallwood's confinement and curfew conditions are modified as listed above. All other conditions of release are to remain as previously ordered.

Dated: August 18, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE