1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0041 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAMES SMALLWOOD and JOHN SMALLWOOD, | DATE: September 28, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendants, by and through Defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 28, 2017. By this stipulation, the parties now move to continue the status conference until October 26, 2017, at 9:30 a.m., and to exclude time between September 28, 2017, and October 26, 2017, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The Government represents that the discovery associated with this case presently comprises approximately 130 pages of reports and 12 audio-visual recordings that have been produced to Defendants, as appropriate. The Government will be producing additional discovery to Defendants and unsealing search warrants and redacted complaint affidavits in the coming days.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for Defendant desire time to review the discovery for this matter, including the discovery to be produced imminently; to conduct additional investigation and research concerning the charges and to consult with Defendants about the foregoing; to assess and discuss potential methods of resolution; and to assess going to trial.

c) Counsel for Defendants submit that failure to grant the requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Government does not dispute this submission.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendants in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2017 to October 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 26, 2017  
PHILLIP A. TALBERT  
United States Attorney

/s/ OWEN ROTH  
OWEN ROTH  
Assistant United States Attorney

Dated: September 26, 2017  
/s/ DOUGLAS BEEVERS  
DOUGLAS BEEVERS  
Counsel for Defendant  
JAMES SMALLWOOD

Dated: September 26, 2017             /s/ OLAF W. HEDBERG
                                      OLAF W. HEDBERG
                                      Counsel for Defendant
                                      JOHN SMALLWOOD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of September, 2017.

_____
Troy L. Nunley
United States District Judge