| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | OWEN ROTH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES SMALLWOOD and<br>JOHN SMALLWOOD,<br><br>Defendants. | CASE NO. 2:17-CR-0041 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 18, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendants, by and through Defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 18, 2018. By this stipulation, the parties now move to continue the status conference until February 22, 2018, and to exclude time between January 18, 2018, and February 22, 2018, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The Government represents that the discovery associated with this case presently comprises approximately 150 pages of reports and 12 audio-visual recordings that have been produced to Defendants, as appropriate. The Government is producing some additional discovery to Defendants. And, it has unsealed search warrants and complaints, which have been made available to counsel.

b) Counsel for Defendant desire time to review the discovery for this matter, including the discovery to be produced imminently; to conduct additional investigation and research concerning the charges and to consult with Defendants about the foregoing; to assess and discuss potential methods of resolution; and to assess going to trial. The parties anticipate that on February 22, they will be able to inform the Court whether they are going to seek trial dates or reach a resolution.

c) Counsel for Defendants submit that failure to grant the requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Government does not dispute this submission.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendants in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 18, 2018 to February 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 16, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Dated: January 16, 2018     /s/ DOUGLAS BEEVERS
                            DOUGLAS BEEVERS
                            Counsel for Defendant
                            JAMES SMALLWOOD

Dated: January 16, 2018     /s/ OLAF W. HEDBERG
                            OLAF W. HEDBERG
                            Counsel for Defendant
                            JOHN SMALLWOOD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of January, 2018.

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE