McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0041 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAMES SMALLWOOD and JOHN SMALLWOOD, | DATE: February 22, 2018 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendants, by and through Defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on February 22, 2018. By this stipulation, the parties now move to continue the status conference as follows:

    a) For James Smallwood, until March 1, 2018, at 9:30 a.m.,

    b) For John Smallwood, until April 26, 2018, at 9:30 a.m.,

and to exclude time between February 22, 2018, and these dates under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The Government represents that the discovery associated with this case presently comprises approximately more than 800 pages of reports, 12 audio-visual recordings, and the

contents of cellular phones that have been produced to Defendants, as appropriate.

    b)    Counsel for Defendant James Smallwood desires time to review the discovery for this matter and to review the Government's proposed plea agreement with his client. These parties anticipate that on March 1, James Smallwood will enter a change of plea, pursuant to the plea agreement.

    c)    Counsel for Defendant John Smallwood desires time to review the discovery for this matter, to conduct additional investigation and research concerning the charges, to consult with Defendant John Smallwood, to assess and discuss potential methods of resolution, and to assess going to trial. These parties anticipate that on April 26, they will either enter a change of plea or set trial dates.

    d)    Counsel for Defendants submit that failure to grant the requested continuances would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Government does not dispute this submission.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time periods of February 22, 2018 to March 1, 2018, as to James Smallwood and of February 22, 2018 to April 26, 2018 as to John Smallwood, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial.

3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: February 20, 2018          McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ OWEN ROTH
                                  OWEN ROTH
                                  Assistant United States Attorney



Dated: February 20, 2018          /s/ DOUGLAS BEEVERS
                                  DOUGLAS BEEVERS
                                  Counsel for Defendant
                                  JAMES SMALLWOOD

Dated: February 20, 2018          /s/ OLAF W. HEDBERG
                                  OLAF W. HEDBERG
                                  Counsel for Defendant
                                  JOHN SMALLWOOD


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of February, 2018.


                                  Troy L. Nunley
                                  United States District Judge