| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | OWEN ROTH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES SMALLWOOD,<br><br>Defendant. | CASE NO. 2:17-CR-0041 TLN<br><br>STIPULATION TO CONVERT SENTENCING DATE TO STATUS CONFERENCE<br><br>DATE: March 20, 2018<br>COURT: Hon. Troy L. Nunley |

The United States of America, through the undersigned Assistant U.S. Attorney, and counsel for James Smallwood hereby stipulate to convert the scheduled sentencing date of May 31, 2018, into a status conference for Mr. Smallwood. As noted in Mr. Smallwood's plea agreement, he has agreed to delay sentencing until a resolution is reached in the case against his co-defendant, John Smallwood. The Government and John Smallwood anticipate informing the Court on April 26 either that they have reached a resolution, or that they are going to ask for trial dates. The Government and James Smallwood will update the Court on the status of this case by April 27, i.e., whether sentencing needs to be continued further in light of a trial for John Smallwood, or whether sentencing may be scheduled.

In light of the foregoing, the parties ask that the Court convert the May 31 sentencing date for

1

1 | James Smallwood into a status conference.

2 | Dated: March 20, 2018               McGREGOR W. SCOTT
                                        United States Attorney

4 |                                     By: /s/ OWEN ROTH
                                            OWEN ROTH
5 |                                         Assistant United States Attorney

7 | Dated: March 20, 2018               By: /s/ DOUGLAS BEEVERS
                                            DOUGLAS BEEVERS
8 |                                         Counsel for James Smallwood

### ORDER

In light of the parties' stipulation, which provides good cause for the requested order, it is hereby ordered that the sentencing date for James Smallwood is hereby converted into a status conference. The parties shall advise the Court no later than April 27 of the status of this matter, including whether sentencing may be rescheduled or whether an additional continuance is necessary at that time.

SO ORDERED.

Dated: March 22, 2018

_____
Troy L. Nunley
United States District Judge